## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 19-714 PA | Date | December 9, 2019 |
|---|---|---|---|

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | N/A |

| Kamilla Sali-Suleyman | Marea Woolrich | Susan S. Har |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Raymond Ghaloustian | | X | X | Humberto Diaz, CJA | | X | X |

**Proceedings:**   Plea and Trial Setting Conference

Defendant is named in a Three-Count Indictment.  The defendant is arraigned and pleads not guilty to the Indictment.  The Court orders a trial date, final status conference date, and briefing schedule.  See Criminal Trial Order.  The deputy clerk is ordered to serve on counsel a copy of the Court's Criminal Trial Order.  The Final Status Conference is scheduled for **January 13, 2020, at 3:00 p.m.**  Jury trial is set for Tuesday, **January 21, 2020, at 8:30 a.m.**

IT IS SO ORDERED.

|  | : | 10 |
|---|---|---|
| Initials of Deputy Clerk | | KSS |

**cc: USMO, PSA**