UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 19-714 PA | Date | March 16, 2020 |
|---|---|---|---|

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | N/A |

| T. Jackson | Anne Kielwasser | Susan S. Har / Ashley Filmore |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Raymond Ghaloustian | | √ | √ | Humberto Diaz, CJA | √ | √ | |

**Proceedings:** STATUS CONFERENCE

Cause called; appearances made. The Court and counsel confer. The Court continues the status conference to March 23, 2020, at 1:30 p.m.

IT IS SO ORDERED.

                                                                                                        : 20

Initials of Deputy Clerk    TJ

cc: **USMO, PSA**