# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

Case Number: CR 19-714(A)-PA
U.S.A. v. Raymond Ghaloustian
[✓] Indictment   [ ] Information

Defendant Number: 1
Year of Birth: 1974
Investigative agency (FBI, DEA, etc.): ATF

**NOTE:** All items MUST be completed. If you do not know the answer or a question is not applicable to your case, enter "N/A."

### OFFENSE/VENUE

a. Offense charged as a:
   [ ] Class A Misdemeanor   [ ] Minor Offense   [ ] Petty Offense
   [ ] Class B Misdemeanor   [ ] Class C Misdemeanor   [✓] Felony

b. Date of Offense: August 31, 2019 and October 30, 2019

c. County in which first offense occurred: Los Angeles

d. The crimes charged are alleged to have been committed in (CHECK **ALL** THAT APPLY):
   [✓] Los Angeles   [ ] Ventura
   [ ] Orange        [ ] Santa Barbara
   [ ] Riverside     [ ] San Luis Obispo
   [ ] San Bernardino [ ] Other _____

Citation of Offense: 21 U.S.C. 841(b)(1)(A), (b)(1)(B); 18 U.S.C. 924(c); 18 U.S.C. 922(g)

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:
   [✓] Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)
   [ ] Eastern (Riverside and San Bernardino)  [ ] Southern (Orange)

### RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?
   [✓] No   [ ] Yes
If "Yes," Case Number: _____

Pursuant to General Order 19-03, criminal cases may be related if a previously filed indictment or information and the present case:
   a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or
   b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED CASE**): _____

### PREVIOUSLY FILED COMPLAINT/CVB CITATION

A complaint/CVB citation was previously filed on: 9/24/19
Case Number: 2:19-MJ-04022-DUTY
Assigned Judge: Magistrate Judge Alka Sagar
Charging: 18 U.S.C. 922(g)
The complaint/CVB citation:
   [✓] is still pending
   [ ] was dismissed on: _____

### PREVIOUS COUNSEL

Was defendant previously represented?   [ ] No   [✓] Yes
IF YES, provide Name: DFPD Michael Brown
   Phone Number: 213.894.5327

### COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
   [ ] Yes*   [✓] No
Will more than 12 days be required to present government's evidence in the case-in-chief?
   [ ] Yes*   [✓] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

### SUPERSEDING INDICTMENT/INFORMATION

**IS THIS A NEW DEFENDANT?**   [ ] Yes   [✓] No
This is the 1st superseding charge (i.e., 1st, 2nd).
The superseding case was previously filed on: 11/26/2019
Case Number CR 19-714-PA
The superseded case:
   [✓] is still pending before Judge/Magistrate Judge Percy Anderson
   [ ] was previously dismissed on _____

Are there 8 or more defendants in the superseding case?
   [ ] Yes*   [✓] No
Will more than 12 days be required to present government's evidence in the case-in-chief?
   [ ] Yes*   [✓] No

Was a Notice of Complex Case filed on the Indictment or Information?
   [ ] Yes   [✓] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CASE SUMMARY

**INTERPRETER**

Is an interpreter required? ☐ YES ☑ NO
IF YES, list language and/or dialect: _____

**OTHER**

☑ Male  ☐ Female
☐ U.S. Citizen  ☐ Alien
Alias Name(s): _____

This defendant is charged in:
☑ All counts
☐ Only counts: _____

☐ This defendant is designated as "High Risk" per 18 USC § 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC § 3166(b)(7).

Is defendant a juvenile? ☐ Yes ☑ No
IF YES, should matter be sealed? ☐ Yes ☐ No

The area(s) of substantive law that will be involved in this case include(s):
☐ financial institution fraud
☐ government fraud
☐ environmental issues
☑ narcotics offenses
☑ violent crimes/firearms
☐ public corruption
☐ tax offenses
☐ mail/wire fraud
☐ immigration offenses
☐ corporate fraud
☐ Other _____

**CUSTODY STATUS**

Defendant is **not in custody**:
a. Date and time of arrest on complaint: _____
b. Posted bond at complaint level on: _____
   in the amount of $ _____
c. PSA supervision? ☐ Yes ☐ No
d. Is on bail or release from another district: _____

Defendant is **in custody**:
a. Place of incarceration: ☐ State ☑ Federal
b. Name of Institution: MDC
c. If Federal, U.S. Marshals Service Registration Number: 78930-112
d. ☑ Solely on this charge. Date and time of arrest: October 30, 2019
e. On another conviction: ☐ Yes ☑ No
   IF YES: ☐ State ☐ Federal ☐ Writ of Issue
f. Awaiting trial on other charges: ☐ Yes ☑ No
   IF YES: ☐ State ☐ Federal AND
   Name of Court: _____
   Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.Cr.P. ____ 20 ____ 21 ____ 40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: _____

Date _____

Signature of Assistant U.S. Attorney
Susan S. Har
Print Name

CR-72 (03/19)     CASE SUMMARY     Page 2 of 2