# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | CR 19-714 PA |
| Date | March 20, 2020 |

Present: The Honorable **PERCY ANDERSON**

Interpreter: N/A

| Kevin Reddick | Chia Mei Jui | Susan Har / Ashley Filmore |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Raymond Ghaloustian | x | x | | Humberto Diaz, CJA | x | x | |

**Proceedings:** Status Conference

Status conference held. A further status conference is scheduled for March 23, 2020 at 1:30pm.

| | | |
|---|---|---|
| | 1 | : 15 |
| Initials of Deputy Clerk | KR | |