# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | CR 19-714 PA |
| Date | March 23, 2020 |

**Present: The Honorable** PERCY ANDERSON, UNITED STATES DISTRICT JUDGE

**Interpreter** Aslan Aslanian - Farsi

| Kevin Reddick | Myra Ponce | Susan Har / Ashley Filmore |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Raymond Ghaloustian | X | X | | Humberto Diaz | X | X | |

**Proceedings:** Status Conference/Arraignment

Status conference is held. Defendant is named in a Six Count First Superseding Indictment. The defendant is arraigned and pleads not guilty to the First Superseding Indictment. The Court orders a trial date, final status conference date, and briefing schedule. The Final Status Conference is scheduled for Monday, **May 18, 2020, at 3:00 p.m.** Jury trial is set for Tuesday, **May 26, 2020, at 8:30 a.m.** Pretrial motions, including motions in limine shall be filed no later than April 13, 2020. Oppositions shall be filed no later than April 20, 2020. Optional replies shall be filed no later than April 27, 2020. Motions shall be heard on May 4, 2020, at 3pm. The attorney for the government shall prepare a proposed order regarding excludable time.

IT IS SO ORDERED.

| | 2 : 09 |
|---|---|
| Initials of Deputy Clerk | KR |