Attachment A

Defense counsel represents that he has the following trial conflicts:

04/14/2020:  U.S. v. Messersmith; 19CR-0347-SVW-1 (stip to continue filed)

04/21/19:  U.S. v. Ocampo, CR-08-0688(E)-GW-5 (likely to be continued)

04/28/2020:  U.S. v. Brewer, Cr-19-0427-FMO-7 (likely to be continued)

05/05/20:  U.S. v. Lopez-Valenzuela, EDCR-18-0178-JGB-1

05/12/20:  U.S. v. Lemons; CR-19-0167-DSF

05/12/20: U.S. V. Perez, April, 18-Cr-0371-JAK-2

06/02/20:  U.S. v. Mirabal; 18CR-0335-MWF-2;

06/16/20:  U.S. v. Bell (Ferguson); 18-CR-0529(A)-MWF-5

06/23/20:  U.S. v. Garcia (Romero); Cr-17-0278-ODW-11

08/18/20:  U.S. v. Mendoza-Barragan; FMO-3

09/08/20:  U.S. v. Vega-Parra; 18-CR-0335-AB -18

11/10/20:  U.S. v. Barocio (Laredo) CR-18-0892-AB-10

01/05/01:  U.S. v. Barraza; 20-CR-0019-CJC-8

01/26/21:  U.S. v. Villegas CR-18-0250-CJC-4