NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
SUSAN S. HAR (Cal. Bar No. 301924)
ASHLEY FILLMORE (Cal. Bar Pending)
Assistant United States Attorneys
General Crimes Section
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-3289/2416
     Facsimile: (213) 894-0141
     E-mail:    susan.har@usdoj.gov
                ashley.fillmore@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 19-714(A)-PA |
|---|---|
| Plaintiff, | ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT |
| v. | |
| RAYMOND GHALOUSTIAN, | **TRIAL DATE: 5/26/2020** |
| Defendant. | **FSC DATE:   5/18/2020** |

The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the parties in this matter on March 26, 2020.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The trial in this matter is continued from April 7, 2020 to May 26, 2020, at 8:30 a.m. The final status conference hearing is continued to May 18, 2020, at 3:00 p.m. The briefing schedule for motions, including motion in limine, notices required by Rule 12, 12.1, and 123.2 shall be as follows: motions are to be filed by April 13, 2020; oppositions due by April 20, 2020; and replies due by April 27, 2020. The motions hearing is set for May 4, 2020 at 3:00 p.m.

2. The time period of April 7, 2020 to May 26, 2020, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(3), (h)(7)(A), (h)(7)(B)(i), and (B)(iv).

3. The time period from March 9, 2020 to March 23, 2020 is excludable pursuant to 18 U.S.C. §3161(h)(1)(G) as a delay resulting from consideration by the court of a proposed plea agreement to be entered into between the defendant and the attorney for the government.

4. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional tine

provisions periods are excluded from the period within which trial must commence.  Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

    IT IS SO ORDERED.

March 28, 2020
DATE

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

Presented by:

/s/
ASHLEY FILLMORE
SUSAN S. HAR
Assistant United States Attorneys