SUSAN S. HAR (Cal. Bar No. 301924)
312 North Spring Street, 12th Floor
Los Angeles, California 90012
Telephone: (213) 894-3289
Facsimile: (213) 894-0141

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA<br><br>PLAINTIFF(S)<br><br>v.<br><br>RAYMOND GHALOUSTIAN<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>CR 19-714(A)-PA<br><br>NOTICE OF MANUAL FILING<br>OR LODGING |
|---|---|

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: **(List Documents)**

CD containing Exhibits A-C

**Reason:**

☐ Under Seal
☐ In Camera
☑ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

April 20, 2020
Date

/s/ Susan S. Har
Attorney Name

United States
Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                    **NOTICE OF MANUAL FILING OR LODGING**