FILED
CLERK, U.S. DISTRICT COURT

07/23/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ___kss___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Case No. CR 19-00714(A)-PA                 Date: 07/23/21

Title: U.S.A. v. Raymond Ghaloustian

Time: 2:12 pm

# REDACTED
JURY NOTE NUMBER __1__

__√__    THE JURY HAS REACHED A UNANIMOUS VERDICT

_____   THE JURY REQUESTS THE FOLLOWING:

_____

_____

_____

_____

_____

_____

_____

DATE: 07/23/21          SIGNED: _____
                                FOREPERSON OF THE JURY